Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–26939–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Vargas                         Wendy L Vargas
265 3rd avenue                         265 3rd avenue
Toms River, NJ 08757                   Toms River, NJ 08757

Social Security No.:
xxx–xx–1888                            xxx–xx–7813

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 6/25/19 at 09:00 AM

to consider and act upon the following:

*44* – Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay) filed by Nicholas V. Rogers on behalf of CALIBER HOME LOANS, INC.. Objection deadline is 05/29/2019. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Rogers, Nicholas)

Dated: 5/30/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court