Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–26939–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Vargas
265 3rd avenue
Toms River, NJ 08757

Wendy L Vargas
265 3rd avenue
Toms River, NJ 08757

Social Security No.:
xxx–xx–1888

xxx–xx–7813

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 6/25/19 at 09:00 AM

to consider and act upon the following:

*44* – Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay) filed by Nicholas V. Rogers on behalf of CALIBER HOME LOANS, INC.. Objection deadline is 05/29/2019. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Rogers, Nicholas)

Dated: 5/30/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-26939-MBK
William Vargas                                                            Chapter 13
Wendy L Vargas
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: May 30, 2019
                                 Form ID: ntchrgbk         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
db/jdb          +William Vargas,    Wendy L Vargas,    265 3rd avenue,    Toms River, NJ 08757-4808
cr              +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Craig Scott Keiser   on behalf of Creditor   CALIBER HOME LOANS, INC.
           craig.keiser@phelanhallinan.com
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          James J. Cerbone   on behalf of Joint Debtor Wendy L Vargas cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James J. Cerbone   on behalf of Debtor William  Vargas cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James Patrick Shay   on behalf of Creditor    CALIBER HOME LOANS, INC. jpshay@mdwcg.com,
           jpshay@gmail.com
          Nicholas V. Rogers   on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Sherri Jennifer Smith   on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Sindi  Mncina   on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
          Steven P. Kelly   on behalf of Creditor    CALIBER HOME LOANS, INC. skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12