Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 17−26939−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Vargas  
265 3rd avenue  
Toms River, NJ 08757

Wendy L Vargas  
265 3rd avenue  
Toms River, NJ 08757

Social Security No.:  
xxx−xx−1888

xxx−xx−7813

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 25, 2022.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 25, 2022  
JAN: bwj

Jeanne Naughton  
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William Vargas  
Wendy L Vargas  
    Debtors

Case No. 17-26939-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Aug 25, 2022      Form ID: 148      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Vargas, Wendy L Vargas, 265 3rd avenue, Toms River, NJ 08757-4808 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517021601 | | Body in Motion Sports & Orthopaedics, 599 Route 37 W 2nd Floor North, Toms River, NJ 08755-8011 |
| 517176999 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 517021620 | | First Financial FCU, PO Box 37603, Philadelphia, PA 19101-0603 |
| 517021624 | + | Physicans Surgicenter LLC, 1 Plaza Drive, Unite 2-4, Toms River, NJ 08757-3761 |
| 519294435 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517021597 | | EDI: BANKAMER.COM | Aug 26 2022 00:33:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517188447 | + | EDI: BANKAMER2.COM | Aug 26 2022 00:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517021598 | | EDI: TSYS2 | Aug 26 2022 00:33:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517021600 | + | EDI: CITICORP.COM | Aug 26 2022 00:33:00 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 517021602 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 25 2022 20:39:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 517178971 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 25 2022 20:39:00 | Caliber Home Loans, Inc., CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |
| 517021603 | + | EDI: CAPITALONE.COM | Aug 26 2022 00:33:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021614 | | EDI: CITICORP.COM | Aug 26 2022 00:33:00 | Citi Cards, PO Box 790046, Saint Louis, MO 63179-0046 |
| 517021615 | | EDI: WFNNB.COM | Aug 26 2022 00:33:00 | Comenity Bank, PO Box 182125, Columbus, OH |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: 148 | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 43218-2125 |
| 517021617 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 25 2022 20:44:39 | Dell Preferred Account, PO Box 6403, Carol Stream, IL 60197-6403 |
| 517021618 | + | EDI: DISCOVER.COM | Aug 26 2022 00:33:00 | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517030814 | | EDI: DISCOVER.COM | Aug 26 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517021621 | + | EDI: CITICORP.COM | Aug 26 2022 00:33:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517188282 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 25 2022 20:37:00 | Home Depot Loan Svcs., Greensky, LLC, 1797 N.E. Expressway, Ste. 100, Atlanta, GA 30329-2451 |
| 517021612 | | EDI: JPMORGANCHASE | Aug 26 2022 00:33:00 | Chase, PO Box 15153, Wilmington, DE 19886 |
| 517193567 | + | Email/Text: camanagement@mtb.com | Aug 25 2022 20:38:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 517021625 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 25 2022 20:38:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 517182698 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 25 2022 20:38:00 | PNC Bank, N.A., PO Box 94982, Cleveland, Oh 44101 |
| 517131442 | | EDI: PRA.COM | Aug 26 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517182626 | | EDI: PRA.COM | Aug 26 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517158705 | | EDI: PRA.COM | Aug 26 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517166836 | | EDI: PRA.COM | Aug 26 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Household Bank, POB 41067, Norfolk VA 23541 |
| 517182673 | | EDI: PRA.COM | Aug 26 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517218662 | | EDI: Q3G.COM | Aug 26 2022 00:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517021626 | | EDI: RMSC.COM | Aug 26 2022 00:33:00 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517024462 | + | EDI: RMSC.COM | Aug 26 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517021628 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 25 2022 20:38:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 517083595 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 25 2022 20:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517021599 | * | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517021604 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021605 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: 148 | Total Noticed: 37 |

| | | |
|---|---|---|
| 517021606 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021607 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021608 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021609 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021610 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021616 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517021622 | *+ | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517021623 | *+ | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517021613 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15153, Wilmington, DE 19886 |
| 517021627 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517021611 | ##+ | Central Jersey Hand Surgery, 2 Industrial Way West, Eatontown, NJ 07724-2266 |
| 517021619 | ##+ | Equiant Financial Services, 5401 N Pima Road Ste 150, Scottsdale, AZ 85250-2630 |

TOTAL: 0 Undeliverable, 13 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 27, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor CALIBER HOME LOANS  INC. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor CALIBER HOME LOANS  INC. hkaplan@rasnj.com, informationathnk@aol.com |
| James J. Cerbone | on behalf of Joint Debtor Wendy L Vargas cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Debtor William Vargas cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James Patrick Shay | on behalf of Creditor CALIBER HOME LOANS  INC. shay@bbs-law.com, jpshay@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS  INC. smncina@raslg.com |
| Steven P. Kelly | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 25, 2022 | Form ID: 148 | Total Noticed: 37 |

on behalf of Creditor CALIBER HOME LOANS  INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13