JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor


| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| WILLIAM & WENDY VARGAS | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| | CASE NO.:  17-26939/MBK |

| | |
|---|---|
| DEBTOR | **DEBTORS CERTIFIFCATION** |
| | HEARING DATE:  September 28, 2022 AT 9:00 AM |


I, William & Wendy Vargas hereby certify and state:

1.    We am the above debtors in a Chapter 13 Bankruptcy that was filed on

08/21/2017 .

2.    Debtors agree to Motion to Vacate Dismissal which was submitted on 08/31/2022.

3.    We hereby certify that the foregoing statements made by us are true. We are aware

that if any of the foregoing statements made by us are willfully false, we are subject

to punishment.

DATED:                                          /s/William Vargas
                                                WILLIAM VARGAS

                                                /s/ Wendy Vargas
                                                WENDY VARGAS