Form 149 − ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−26939−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Vargas
265 3rd avenue
Toms River, NJ 08757

Wendy L Vargas
265 3rd avenue
Toms River, NJ 08757

Social Security No.:
xxx−xx−1888

xxx−xx−7813

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 6/23/22 has been vacated effective 9/29/22.

Dated: September 29, 2022
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-26939-MBK
William Vargas  Chapter 13
Wendy L Vargas
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Sep 29, 2022      Form ID: 149      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Vargas, Wendy L Vargas, 265 3rd avenue, Toms River, NJ 08757-4808 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517021601 | | Body in Motion Sports & Orthopaedics, 599 Route 37 W 2nd Floor North, Toms River, NJ 08755-8011 |
| 517176999 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 517021620 | | First Financial FCU, PO Box 37603, Philadelphia, PA 19101-0603 |
| 517021624 | + | Physicans Surgicenter LLC, 1 Plaza Drive, Unite 2-4, Toms River, NJ 08757-3761 |
| 519294435 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 29 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 29 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517021597 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2022 20:45:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517188447 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 29 2022 20:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517021598 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 29 2022 20:45:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517021600 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2022 20:55:38 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 517021602 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 29 2022 20:45:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 517178971 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 29 2022 20:45:00 | Caliber Home Loans, Inc., CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |
| 517021603 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2022 20:55:36 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021614 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2022 20:55:17 | Citi Cards, PO Box 790046, Saint Louis, MO 63179-0046 |
| 517021615 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2022 20:45:00 | Comenity Bank, PO Box 182125, Columbus, OH |

Case 17-26939-MBK    Doc 69    Filed 10/01/22    Entered 10/02/22 00:11:01    Desc Imaged
                    Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2022 | Form ID: 149 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 43218-2125 |
| 517021617 | | Email/PDF: DellBKNotifications@resurgent.com | Sep 29 2022 20:55:29 | Dell Preferred Account, PO Box 6403, Carol Stream, IL 60197-6403 |
| 517021618 | + | Email/Text: mrdiscen@discover.com | Sep 29 2022 20:45:00 | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517030814 | | Email/Text: mrdiscen@discover.com | Sep 29 2022 20:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517021621 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2022 20:55:39 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517188282 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 29 2022 20:45:00 | Home Depot Loan Svcs., Greensky, LLC, 1797 N.E. Expressway, Ste. 100, Atlanta, GA 30329-2451 |
| 517021612 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2022 20:55:35 | Chase, PO Box 15153, Wilmington, DE 19886 |
| 517193567 | + | Email/Text: camanagement@mtb.com | Sep 29 2022 20:45:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 517021625 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2022 20:45:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 517182698 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2022 20:45:00 | PNC Bank, N.A., PO Box 94982, Cleveland, Oh 44101 |
| 517131442 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 20:55:38 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517182626 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 20:55:11 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517158705 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 20:55:28 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517166836 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 20:55:28 | Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Household Bank, POB 41067, Norfolk VA 23541 |
| 517182673 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 20:55:29 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517218662 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2022 20:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517021626 | | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2022 20:55:08 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517024462 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2022 20:55:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517021628 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 29 2022 20:45:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 517083595 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 29 2022 20:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517021599 | * | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517021604 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021605 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |

| | | |
|---|---|---|
| 517021606 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021607 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021608 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021609 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021610 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021616 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517021622 | *+ | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517021623 | *+ | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517021613 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15153, Wilmington, DE 19886 |
| 517021627 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517021611 | ##+ | Central Jersey Hand Surgery, 2 Industrial Way West, Eatontown, NJ 07724-2266 |
| 517021619 | ##+ | Equiant Financial Services, 5401 N Pima Road Ste 150, Scottsdale, AZ 85250-2630 |

TOTAL: 0 Undeliverable, 13 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor CALIBER HOME LOANS  INC. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor CALIBER HOME LOANS  INC. hkaplan@rasnj.com, kimwilson@raslg.com |
| James J. Cerbone | on behalf of Joint Debtor Wendy L Vargas cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Debtor William Vargas cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James Patrick Shay | on behalf of Creditor CALIBER HOME LOANS  INC. shay@bbs-law.com, jpshay@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS  INC. smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor CALIBER HOME LOANS  INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Sep 29, 2022 Form ID: 149 Total Noticed: 37

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12