| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William Vargas | Social Security number or ITIN  xxx–xx–1888 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Wendy L Vargas | Social Security number or ITIN  xxx–xx–7813 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number: 17–26939–MBK | | |

## Order of Discharge                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Vargas                           Wendy L Vargas

2/16/23                                  **By the court:** Michael B. Kaplan
                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-26939-MBK
William Vargas  Chapter 13
Wendy L Vargas
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Feb 16, 2023      Form ID: 3180W      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Vargas, Wendy L Vargas, 265 3rd avenue, Toms River, NJ 08757-4808 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517021601 | | Body in Motion Sports & Orthopaedics, 599 Route 37 W 2nd Floor North, Toms River, NJ 08755-8011 |
| 517176999 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 517021620 | | First Financial FCU, PO Box 37603, Philadelphia, PA 19101-0603 |
| 517021624 | + | Physicans Surgicenter LLC, 1 Plaza Drive, Unite 2-4, Toms River, NJ 08757-3761 |
| 519294435 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2023 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2023 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 16 2023 20:42:00 | NewRez LLC, RAS Crane & Partners, PLLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517021597 | | EDI: BANKAMER.COM | Feb 17 2023 01:34:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517188447 | + | EDI: BANKAMER2.COM | Feb 17 2023 01:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517021598 | | EDI: TSYS2 | Feb 17 2023 01:34:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517021600 | + | EDI: CITICORP.COM | Feb 17 2023 01:34:00 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 517021602 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 16 2023 20:43:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 517178971 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 16 2023 20:43:00 | Caliber Home Loans, Inc., CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |
| 517021603 | + | EDI: CAPITALONE.COM | Feb 17 2023 01:34:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021614 | | EDI: CITICORP.COM | Feb 17 2023 01:34:00 | Citi Cards, PO Box 790046, Saint Louis, MO |

Case 17-26939-MBK    Doc 82    Filed 02/18/23    Entered 02/19/23 00:13:58    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: 3180W | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | 63179-0046 |
| 517021615 | | EDI: WFNNB.COM | Feb 17 2023 01:34:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517021617 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 16 2023 20:54:25 | Dell Preferred Account, PO Box 6403, Carol Stream, IL 60197-6403 |
| 517021618 | + | EDI: DISCOVER.COM | Feb 17 2023 01:34:00 | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517030814 | | EDI: DISCOVER.COM | Feb 17 2023 01:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517021621 | + | EDI: CITICORP.COM | Feb 17 2023 01:34:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517188282 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 16 2023 20:42:00 | Home Depot Loan Svcs., Greensky, LLC, 1797 N.E. Expressway, Ste. 100, Atlanta, GA 30329-2451 |
| 517021612 | | EDI: JPMORGANCHASE | Feb 17 2023 01:34:00 | Chase, PO Box 15153, Wilmington, DE 19886 |
| 517193567 | + | Email/Text: camanagement@mtb.com | Feb 16 2023 20:43:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 519797081 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 16 2023 20:42:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519797082 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 16 2023 20:42:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517021625 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2023 20:42:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 517182698 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2023 20:42:00 | PNC Bank, N.A., PO Box 94982, Cleveland, Oh 44101 |
| 517131442 | | EDI: PRA.COM | Feb 17 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517182626 | | EDI: PRA.COM | Feb 17 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517158705 | | EDI: PRA.COM | Feb 17 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517166836 | | EDI: PRA.COM | Feb 17 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Household Bank, POB 41067, Norfolk VA 23541 |
| 517182673 | | EDI: PRA.COM | Feb 17 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517218662 | | EDI: Q3G.COM | Feb 17 2023 01:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517021626 | | EDI: RMSC.COM | Feb 17 2023 01:34:00 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517024462 | + | EDI: RMSC.COM | Feb 17 2023 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517021628 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 16 2023 20:42:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 517083595 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 16 2023 20:42:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 33

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: 3180W | Total Noticed: 40 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517021599 | * | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517021604 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021605 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021606 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021607 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021608 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021609 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021610 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517021616 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517021622 | *+ | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517021623 | *+ | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517021613 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15153, Wilmington, DE 19886 |
| 517021627 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517021611 | ##+ | Central Jersey Hand Surgery, 2 Industrial Way West, Eatontown, NJ 07724-2266 |
| 517021619 | ##+ | Equiant Financial Services, 5401 N Pima Road Ste 150, Scottsdale, AZ 85250-2630 |

TOTAL: 0 Undeliverable, 13 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor CALIBER HOME LOANS  INC. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor CALIBER HOME LOANS  INC. hkaplan@rasnj.com, kimwilson@raslg.com |
| James J. Cerbone | on behalf of Joint Debtor Wendy L Vargas cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Debtor William Vargas cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James Patrick Shay | on behalf of Creditor CALIBER HOME LOANS  INC. shay@bbs-law.com, jpshay@gmail.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Feb 16, 2023 | Form ID: 3180W | Total Noticed: 40

Nicholas V. Rogers
    on behalf of Creditor CALIBER HOME LOANS INC. nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com

Sindi Mncina
    on behalf of Creditor NewRez LLC smncina@raslg.com

Steven P. Kelly
    on behalf of Creditor CALIBER HOME LOANS INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13